**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01337-CV

### CECILIA HURST, Appellant

### V.

### US BANK NATIONAL ASSOCIATION, ET AL, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03218-C**

## ORDER

Both the clerk's and reporter's records in this case are overdue. By postcard dated November 20, 2012, we notified the court reporter that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, the reporter's record has not been filed. Also by postcard dated November 20, 2012, we notified the county clerk that the clerk's record was overdue. We directed the county clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notifiy appellant that if we receive*

*verification she is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal.  See* TEX. R. APP. P. 37.3(b).

We **ORDER** Janet Wright, official court reporter for County Court at Law No. 3, to file, within **FIFTEEN DAYS** of the date of this order, either:  (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record.  *We notifiy appellant that if we receive verification she is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic tranmission, to the following persons:

John F. Warren
Dallas County Clerk

Janet Wright
Official Court Reporter, County Court at Law No. 3


/s/     CAROLYN WRIGHT
CHIEF JUSTICE